PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Germain Edmondson      Cr.: 22-00694-001
PACTS #: 5978931

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/03/2020

Original Offense:    Count One: Bank Fraud, 18: U.S.C. Sec. 1344 (a) (f)

Original Sentence: 3 months imprisonment, 3 years supervised release

Special Conditions: No New Debt/Credit, Financial Disclosure, Restitution - Money, Drug Treatment, Substance Abuse Testing, Other Condition, Special Assessment, Location Monitoring Program, Mental Health Treatment

Type of Supervision: Supervised Release      Date Supervision Commenced: 05/08/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has failed to pay the $15,638.00 restitution in full. He has paid a total of $640.00, leaving a current balance of $14,998.00. |

U.S. Probation Officer Action:

We are respectfully requesting that the offender's probation term be allowed to terminate on May 7, 2023, as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

Prob 12A – page 2
Germain Edmondson

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____    05/05/2023
KEVIN M. VILLA                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/8/2023
Date